UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

NADIA HILLMAN,

    Plaintiff,

v.                                            Case No: 6:20-cv-1188-Orl-37LRH

HOLIDAY INN CLUB VACATIONS
INCORPORATED,

    Defendant.
_____

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Notice of Voluntary Dismissal Without Prejudice (Doc. 11) filed July 22, 2020. No answer has been filed. Accordingly, it is

**ORDERED** that this case is hereby **DISMISSED** without prejudice. The Clerk is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 23, 2020.



ROY B. DALTON JR.
United States District Judge

Copies:     Counsel of Record